```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 06 B 10190
   MICHAEL A NETTLES
   SANDRA E NETTLES                               CHAPTER 13

                                                  JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-6515     SSN XXX-XX-1210


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/21/06 and confirmed on 11/17/06.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $   28063.72 .

     4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                PAID            PAID
-------------------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG          .00             .00              .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE       332.83             .00           332.83
CITIFINANCIAL AUTO         SECURED VEHIC     14000.00          889.51         14000.00
LAKE COUNTY COLLECTOR      NOTICE ONLY       NOT FILED           .00              .00
ARMOR SYSTEMS CORP         UNSECURED         NOT FILED           .00              .00
B REAL LLC                 UNSECURED          1271.54            .00           1271.54
CAPITAL ONE BANK           UNSECURED          1280.20            .00           1280.20
COLLECTION COMPANY OF AM   UNSECURED         NOT FILED           .00              .00
COMCAST                    UNSECURED         NOT FILED           .00              .00
CONDELL ACUTE CARE         UNSECURED         NOT FILED           .00              .00
NATIONAL CREDIT            UNSECURED         NOT FILED           .00              .00
NICOR GAS                  UNSECURED          1423.77            .00           1423.77
CITIFINANCIAL AUTO         UNSECURED          2844.71            .00           2844.71
CAPITAL ONE BANK           UNSECURED           924.16            .00            924.16
         Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  14332.83         .00      7744.38         .00      22077.21
PRINCIPAL PAID      14332.83         .00      7744.38         .00      22077.21
INTEREST PAID         889.51         .00          .00         .00        889.51
TOTAL PAID          15222.34         .00      7744.38         .00      22966.72
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC       , was allowed $    3000.00
and was paid $     1.00   direct and $    2999.00   through the plan.

The Trustee received $    1275.08 .

Refunds to the Debtor totaled $      822.92 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

Dated: 01/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE